# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144721(50)

SCOTT and JEANNE WOODBURY,
        Plaintiffs,
and

CENTER WOODS, INC.,
        Plaintiff-Appellant,

v

RES-CARE PREMIER, INC.,
        Defendant-Appellee,
and

RUTH AVERILL,
        Defendant.
_____

SC: 144721
COA: 297819
Saginaw CC: 09-006758-CH

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to January 24, 2013 of the time for filing its brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk